Law Offices of Larry R Glazer

**Nicolette Glazer Esq.**
Certified Specialist
In Immigration and Nationality Law
Direct Dial: (310) 735-3478

16 November 2015

IN THE UNITED STATES COURT OF APPEALS
NINTH CIRCUIT

| | |
|---|---|
| VIEN-PHUONG THI HO<br>Plaintiff/Appellant,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A.<br>et al, | } <br> } CIVIL ACTION<br> }   No. 10-56884<br> }<br> }<br> }RULE 28(j) LETTER OF<br> }SUPPLEMENTAL AUTHORITIES<br> }<br> } |

COME NOW, Appellant, Ms. Vien-Phuong Thi HO, and respectfully submits this Rule 28(j) Supplemental Authority Letter as follows:

**NEW AUTHORITY**: *Hart v. FCI Lender Servs., Inc*. ___F.3d___, *2015* WL 4745349 (2nd Cir., 2015) reproduced in Exhibit A.

**RELEVANT HOLDING**: "[W]hether a communication is "in connection with the collection of [a] debt" is a question of fact to be determined by reference to an objective standard. Thus, in determining at the motion to dismiss stage whether the Letter triggers the Act's notice provisions, we must view the communication objectively, asking whether Hart has plausibly alleged that a consumer receiving the communication could reasonably interpret it as being sent "in connection with the

Law Offices of Larry R Glazer

collection of [a] debt," rather than inquiring into the sender's subjective purpose.{...} An objective standard that determines the apparent purpose of a communication with an eye towards a consumer's understanding also aligns with our teaching that the FDCPA is "remedial in nature, [and] its terms must be construed in liberal fashion if the underlying Congressional purpose is to be effectuated."

**RELEVANCE OF NEW AUTHORITY**: Appellees in this case argue that when notices are mandated by other statutes (i.e. California non-judicial foreclosure scheme) those notices cannot form the basis of a claim under the FDCPA because they represent compliance with statutory requirements rather than an attempt to collect a debt even if the notice contains the warning that "THIS IS AN ATTEMPT TO COLLECT A DEBT". The *Hart* Court rejected the argument and found that few types of communications as more obviously "in connection with the collection" of debts than attempts to collect debts. *See*, *e.g.*, *Caceres v. McCalla Raymer*, *LLC*, 755 F.3d 1299, 1303 (11th Cir. 2014) (concluding that a letter was "an attempt to collect a debt" and therefore a "communication in connection with the collection of a debt").


Respectfully submitted,

Law Offices of Larry R Glazer

\_\_\_s/ Nicolette Glazer_____
by Nicolette Glazer Esq.


CERTIFICATION PURSUANT TO CIR. RULE 28-6

The undersigned certifies that the body of this FRAP 28(j) letter contains less than 350 words.

_____ s/ Nicolette Glazer _____
by Nicolette Glazer Esq.

Law Offices of Larry R Glazer

CERTIFICATE OF E-SERVICE

On 16 November 2015 a copy of this FRAP 28(j) Letter was served electronically on Appellees' counsel.

_____ *s/ Nicolette Glazer* _____
by Nicolette Glazer Esq.