Docket No. 10-56884

---

## IN THE UNITED STATES COURT OF
## APPEALS FOR THE NINTH CIRCUIT

---

VIEN-PHUONG THI HO,
Plaintiff-Appellant

vs.

RECONTRUST COMPANY, N.A.,
Subsidiaries of Bank of America, N.A.;
COUNTRYWIDE HOME LOANS INC.;
Defendants-Appellees

---

Appeal from the United States District Court
for the Central District of California
Hon. George H Wu, District Judge, Presiding
2:10-cv-00741-GW-SS

---

## MOTION FOR LEAVE TO FILE LATE AMICUS CURIAE BRIEF OF
## THE NATIONAL ASSOCIATION OF CONSUMER ADVOCATES IN
## SUPPORT OF PETITION FOR PANEL REHEARING AND PETITION
## FOR EN BANC REVIEW; DECLARATION OF JAMES C. STURDEVANT
## IN SUPPORT

---

JAMES C. STURDEVANT
(SBN 94551)
THE STURDEVANT LAW
FIRM
A Professional Corporation
4040 Civic Center Drive
Suite 200
San Rafael, CA 94903
Tel: (415) 477-2410

Fax: (415) 492-2810
jsturdevant@sturdevantlaw.com

Attorneys for Amicus Curiae

Amicus curiae The National Association of Consumer Advocates ('NACA") hereby moves for leave to file its amicus brief in support of the petition for rehearing, or, in the alternative, for rehearing *en banc* late. Amicus filed its brief a few minutes past midnight on December 28, 2016 because of technical filing difficulties. The brief was due on December 28[th] because the plaintiff-appellant file her petition one day early and because of the Christmas holidays and some health issues of counsel, counsel for amicus was not able to finishing preparing the amicus brief. These reasons are explained in the Declaration of James C. Sturdevant below. The amicus brief was electronically served at the same time it was attempted to be filed and amicus does not believe that any party is prejudiced by the filing that occurred within moments of the deadline. Accordingly, amicus seeks leave to have the brief it filed be accepted and considered by the Court in resolving the petition.

Dated:  January 2, 2017,                                    Respectfully submitted,

The Sturdevant Law Firm

"s/" James C. Sturdevant

Attorneys for Amicus Curiae
NACA

## DECLARATION OF JAMES C. STURDEVANT IN SUPPORT OF MOTION TO FILE AMICUS CURIAE BRIEF LATE

I, James C. Sturdevant, being solemnly sworn, hereby declare and state as follows. If called as a witness, I could and would testify competently from first-hand knowledge.

1.  My law firm and I were retained by the National Association of Consumer Advocates ("NACA") in Washington, DC, to prepare and file an amicus brief on its behalf in the above-entitled appeal in support of the Plaintiff-Appellant's Petition for Rehearing, Or, In the Alternative, for Rehearing *En Banc*. The Ninth Circuit's opinion was rendered on October 19, 2016, making the Petition due on December 19, 2016. I was first consulted about the issue of rehearing on December 9, 2016.

2.  The Petition was filed on December 18th making any amicus curiae brief due on December 28th. I received the Petition on December 19th and quickly consulted with my colleagues at NACA and two other attorneys in Maine and Florida who do considerable debt collection litigation involving mortgage foreclosure situations.

3.  In addition to the Christmas holidays I currently suffer from atrial fibrillation. The medications which have been prescribed by my cardiologist have

3

increasingly affected my energy. The dosage of one medication was doubled and another was added to the five medications I have been taking on December 19th. I have a cardioversion scheduled for January 13, 2017. The medications, and dosages and in combination, have significantly decreased my energy level and, accordingly, my working efficiency and speed have been significantly reduced as well.

4. I did my best to prepare, obtain input and finalize the amicus brief by the due date on December 28th. I finished all revisions just before midnight but had some technical difficulties filing the brief. I had not completed the tables of contents and authorities. Accordingly, it was ultimately filed and electronically served a few minutes after midnight on December 29th. Later that same morning, my family and I flew to Hawaii for a long-scheduled vacation. When I arrived the afternoon of December 29th I received the email from the clerk's office of the deficiencies with the brief. I have now completed all the work to correct those deficiencies including completion of the tables, preparing this motion and declaration for leave to file the brief late, changing the font to 14-point type and completing a certificate of service.

5. I believe good cause exists for leave to file the amicus brief late.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 2nd day of January, 2017 in Wailea, Hawaii.


"s/" James C. Sturdevant

4

| 9th Circuit Case Number(s) | |
|---|---|

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the
United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system
on (date) _____ .

I certify that all participants in the case are registered CM/ECF users and that service will be
accomplished by the appellate CM/ECF system.

Signature (use "s/" format) _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the
United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system
on (date) _____ .

Participants in the case who are registered CM/ECF users will be served by the appellate
CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I
have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it
to a third party commercial carrier for delivery within 3 calendar days to the following
non-CM/ECF participants:

Signature (use "s/" format) _____